UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00090-3 |
| | ) | JUDGE SHARP |
| SULIANA DIAZ-OROZCO | ) | |

**O R D E R**

A hearing on a plea of gulity in this matter is hereby scheduled for **Friday, August 23, 2013, at 2:00 p.m.**

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE